# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### EVANSVILLE DIVISION

| | |
|---|---|
| ERIC G. BAILEY,<br><br>    Plaintiff,<br><br>v.<br><br>MIRAMED REVENUE GROUP, LLC,<br><br>    Defendant. | Case No. 3:18-cv-00085-RLY-MPB<br><br>Honorable Judge Richard L. Young<br><br>Honorable Magistrate Matthew P. Brookman |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff ERIC G. BAILEY, and the Defendant, MIRAMED REVENEUE GROUP, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, against MIRAMED REVENEUE GROUP, LLC, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: December 10, 2018                              Respectfully Submitted,

**ERIC G. BAILEY**                                          **MIRAMED REVENUE GROUP, LLC**

/s/ Nathan C. Volheim                                  /s/ Nabil G. Foster (*with consent*)
Nathan C. Volheim                                       Nabil G. Foster
*Counsel for Plaintiff*                                    *Counsel for Defendant*
Sulaiman Law Group, LTD                           Hinshaw & Culbertson, LLP
2500 S. Highland Avenue, Suite 200           151 North Franklin Street, Suite 2500
Lombard, Illinois 60148                               Chicago, IL 60606
Phone: (630) 575-8181                                 Phone: (312) 704-3000
Fax :(630) 575-8188                                     nfoster@hinshawlaw.com
nvolheim@sulaimanlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                            s/ Nathan C. Volheim_____
                                            Nathan C. Volheim