UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ERIC G. BAILEY, <br><br> Plaintiff, <br> v. <br><br> MIRAMED REVENUE GROUP, LLC , <br><br> Defendant. | Case No. 3:18-cv-00085-RLY-MPB <br><br> Honorable Judge Richard L. Young <br><br> Honorable Magistrate Matthew P. Brookman |

## ORDER OF DISMISSAL OF WITH PREJUDICE

Plaintiff, ERIC G. BAILEY ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court an Agreed Stipulation of Dismissal with prejudice and the Court having reviewed same, now finds that the Plaintiff's filed Complaint should be dismissed with prejudice.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

DISTRIBUTION:

Dated:  12/11/2018

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181
nvolheim@sulaimanlaw.com

Nabil G. Foster
Hinshaw & Culbertson, LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Phone: (312) 704-3000
nfoster@hinshawlaw.com